

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED AND 00/100**
($171,100.00) in U.S. Currency and One (1) 2012 Volkswagen Jetta,
VIN#3VWDP7AJ9CM333910,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on July 16, 2017. Before the due date, Appellant filed a second motion for extension of time to file the brief until August 6, 2018, for a total extension of fifty-four days.

Appellant's motion is GRANTED. Appellant's brief is due on August 6, 2018. *See* TEX. R. APP. P. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court